No. 99–7117. LEWIS, AKA FOSTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7118. STONE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7120. CURRY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–7121. SHAKOOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7124. HERNANDEZ-ROCHA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7125. DAVIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7126. FRANCISCO DE LA FUENTE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7128. HOWARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7131. HESTER v. CARTER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–7132. GIBSON v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–7134. ROBERTSON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–7136. SPAULDING v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7138. MCHONE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 99–7139. MORENO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7140. LEONARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7145. LARA-ACEVES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.